UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 24-22608-CIV-MARTINEZ-D'ANGELO**

SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 32BJ,

      Petitioner,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION D/B/A EULEN,

Defendant.

_____/

## OMNIBUS ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND STAYING CASE

**THIS MATTER** was referred to the Honorable Ellen D'Angelo, United States Magistrate Judge, (ECF No. 19). Judge D'Angelo filed a Report and Recommendation ("R&R") recommending that Respondent's Motion to Defer to Arbitration, (ECF No. 11), be granted. (ECF No. 20). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge D'Angelo's R&R, (ECF No. 20), is **AFFIRMED** and **ADOPTED**.

2. Respondent's Motion to Defer to Arbitration, (ECF No. 11), is **GRANTED** as set forth in the R&R. This matter is remanded to arbitration for clarification.

3. The parties are **DIRECTED** to request clarification from the arbitrator as to the applicable compensation rate and how the arbitration award shall be implemented.

4. This case is **STAYED** pending clarification of the arbitration award.

5.  The parties **SHALL** file a *joint* status report **every thirty days following the date of this Order**, starting on **Monday, February 10, 2025**. The *joint* status reports must inform this Court about the status of the parties' arbitration and whether the stay in this case should be lifted.

6.  The parties **SHALL** file a *joint* status report **no later than five days after the completion of the parties' arbitration** that informs this Court about the outcome of the arbitration and the status of this case.

7.  The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the parties' substantive rights.

**DONE AND ORDERED** in Miami, Florida, this $\underline{10}$ day of January, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge D'Angelo
All Counsel of Record